**JASON G. REVZIN**
Nevada Bar No. 8629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: jason.revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT W. GILMOUR II,<br><br>Plaintiff,<br><br>v.<br><br>TRANSUNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and M&T BANK MORTGAGE,<br><br>Defendants. | Case No. 2:18-cv-01211-GMN-PAL<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

  Plaintiff Robert W. Gilmour, II ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

  On July 3, 2018, Plaintiff filed his Complaint, and Trans Union was served with the same on July 6, 2018. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is July 27, 2018. Trans Union needs additional time to locate and assemble the documents relating to Plaintiff's claims, and Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

  Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including August 17, 2018. This is the first

stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 26th day of July, 2018

                                      **LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Jason G. Revzin*
Jason G. Revzin
Nevada Bar No. 8629
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: Jason.Revzin@lewisbrisbois.com
***Counsel for Trans Union LLC***

**COGBURN LAW OFFICES**

*/s/ Erik W. Fox*
James S. Cogburn
jsc@cogburnlaw.com
Erik W. Fox
efox@cogburnlaw.com
2580 St Rose Parkway, Suite 330
Henderson, NV 89074
(702) 748-7777
(702) 966-3880 Fax
***Counsel for Plaintiff***

## ORDER

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond to August 17, 2018 is so ORDERED AND ADJUDGED.

Dated this 26th day of July, 2018.

                                      **UNITED STATES MAGISTRATE JUDGE**