1 COGBURN LAW OFFICES
Jamie S. Cogburn, Esq.
2 Nevada Bar No. 8409
jsc@cogburnlaw.com
3 Erik W. Fox, Esq.
Nevada Bar No. 8804
4 efox@cogburnlaw.com
2580 St. Rose Parkway, Suite 330
5 Henderson, Nevada 89074
Telephone: (702) 748-7777
6 Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT W. GILMOUR II,<br><br>           Plaintiff,<br><br>vs.<br><br>TRANSUNION, LLC, a Foreign Limited-Liability Company, EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation, M&T BANK MORTGAGE, a Foreign Company,<br><br>           Defendants. | Case Number<br>2:18-cv-01211<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDNT M&T BANK TO APPEAR AND RESPOND TO THE COMPLAINT (FIRST REQUEST)** |

Plaintiff, Robert W. Gilmour II (hereinafter "Plaintiff"), by and through his counsel of record, Cogburn Law Offices, and Defendant M&T Bank (incorrectly sued as M&T Bank Mortgage), hereby stipulate as follows:

On July 12, 2018, Plaintiff served the Complaint on Defendant M&T Bank. Thus, M&T Bank is currently required to appear and respond to the Complaint on or before August 2, 2018.

Plaintiff and M&T Bank desire to explore whether they are able to resolve their dispute without the need for further judicial intervention. Therefore, Plaintiff and M&T Bank hereby

stipulate to extend M&T Bank's time to appear and respond to the Complaint until on or before August 30, 2018.  This is the first request for an extension of time for M&T Bank to appear and respond to the Complaint.

Dated this 2nd day of August, 2018.

**COGBURN LAW OFFICES**

By: */s/ Erik W. Fox, Esq.*
    Jamie S. Cogburn, Esq.
    Nevada Bar No. 8409
    Erik W. Fox, Esq.
    Nevada Bar No. 8804
    2508 St. Rose Parkway, Suite 330
    Henderson, Nevada 89074
    *Attorneys for Plaintiff*

**M&T BANK**

By: */s/ Paul A. Woodard*
    Paul A. Woodard
    Vice President

**IT IS SO ORDERED:**

**UNITED STATES MAGISTRATE JUDGE**
**DATED:** August 3, 2018