COGBURN LAW OFFICES
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburnlaw.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
efox@cogburnlaw.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone:  (702) 748-7777
Facsimile:  (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT W. GILMOUR II,<br><br>    Plaintiff,<br><br>vs.<br><br>TRANSUNION, LLC, a Foreign Limited-Liability Company, EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation, M&T BANK MORTGAGE, a Foreign Company,<br><br>    Defendants. | Case No. 2:18-cv-01211-GMN-PAL<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT M&T BANK TO APPEAR AND RESPOND TO THE COMPLAINT**<br>**(SECOND REQUEST)** |

Plaintiff Robert W. Gilmour II and Defendant M&T Bank (incorrectly sued as M&T Bank Mortgage) stipulate as follows:

On July 12, 2018, Plaintiff served the Complaint on Defendant M&T Bank.  Thus, M&T Bank was originally required to appear and respond to the Complaint on or before August 2, 2018.  By Stipulation of the parties and Order

-1-

of this Court, M&T Bank's time to appear and respond to the Complaint has been extended until on or before August 30, 2018.

Plaintiff and M&T Bank desire to continue exploring whether they are able to resolve their dispute without the need for further judicial intervention. Therefore, Plaintiff and M&T Bank hereby stipulate to extend M&T Bank's time to appear and respond to the Complaint until on or before September 20, 2018. This is the second request for an extension of time for M&T Bank to appear and respond to the Complaint.

Dated this 29th day of August, 2018.

**COGBURN LAW OFFICES**

By: /s/Erik W. Fox
    Jamie S. Cogburn, Esq.
    Nevada Bar No. 8409
    Erik W. Fox, Esq.
    Nevada Bar No. 8804
    2580 St. Rose Parkway, Suite 330
    Henderson, Nevada 89074
    *Attorneys for Plaintiff*

**M&T BANK**

By: /s/Paul A. Woodard
    Paul A. Woodard
    Vice President

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**
**DATED:** August 30, 2018

-2-