**COGBURN LAW OFFICES**
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburnlaw.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
efox@cogburnlaw.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT W. GILMOUR II, <br><br> Plaintiff, <br><br> vs. <br><br> TRANSUNION, LLC, a Foreign Limited-Liability Company, EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation, M&T BANK MORTGAGE, a Foreign Company, <br><br> Defendants. | Case No. 2:18-cv-01211-GMN-PAL <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANT M&T BANK TO APPEAR AND RESPOND TO THE COMPLAINT** <br> **(THIRD REQUEST)** |

Plaintiff, Robert W. Gilmour II and Defendant, M&T Bank (incorrectly sued as M&T Bank Mortgage) stipulate as follows:

On July 12, 2018, Plaintiff served the Complaint on Defendant M&T Bank. Thus, M&T Bank was originally required to appear and respond to the Complaint on or before August 2, 2018. By Stipulation of the parties and Order of this Court, M&T Bank's time to appear and respond to the Complaint has

been extended until on or before September 20, 2018.

Plaintiff and M&T Bank have reached an agreement in principal to settle Plaintiff's claims against M&T Bank. Therefore, Plaintiff and M&T Bank hereby stipulate to extend M&T Bank's time to appear and respond to the Complaint until on or before November 1, 2018, to allow the parties to complete their settlement. This is the third request for an extension of time for M&T Bank to appear and respond to the Complaint.

Dated this 20th day of September, 2018.

**COGBURN LAW OFFICES**

By: /s/ Erik W. Fox
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Erik W. Fox, Esq.
Nevada Bar No. 8804
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
*Attorneys for Plaintiff*

**M&T BANK**

By: /s/ Paul A. Woodard
Paul A. Woodard
Vice President

**IT IS SO ORDERED.**
**IT IS FURTHER ORDERED** that no further extensions will be allowed.

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** October 3, 2018