COGBURN LAW OFFICES
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburnlaw.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
efox@cogburnlaw.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT W. GILMOUR II,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>TRANSUNION, LLC, a Foreign Limited-Liability Company, EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation, M&T BANK MORTGAGE, a Foreign Company,<br><br>　　　　　　Defendants. | Case Number<br>2:18-cv-01211-GMN-PAL |

### NOTICE OF SETTLEMENT BETWEEN PLAINITIFF ROBERT W. GILMOUR, II AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Notice is hereby given that Plaintiff, Robert W. Gilmour II and Defendant, Experian Information Solutions, Inc. (the "Parties") have reached an agreement to settle the claims alleged in the Complaint as to Experian Information Solutions, Inc.

…

…

The Parties anticipate completing settlement documents and filing a Stipulation of Dismissal with the Court within the next sixty (60) days.

Dated this 28th day of November, 2018.

        Respectfully Submitted.

        COGBURN LAW OFFICES

        By: */s/ Erik W. Fox*
            Jamie S. Cogburn, Esq.
            Nevada Bar No. 8409
            Erik W. Fox, Esq.
            Nevada Bar No. 8804
            2580 St. Rose Parkway, Suite 330
            Henderson, Nevada 89074
            *Attorneys for Plaintiff*

**IT IS ORDERED** that the settling parties shall have until **January 28, 2019**, to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: December 4, 2018

            Peggy A. Leen
            United States Magistrate Judge

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF SETTLEMENT BETWEEN PLAINITIFF ROBERT W. GILMOUR, II AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 28th day of November, 2018.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

**NAYLOR & BRASTER**
*Attorneys for Experian Information Solutions, Inc.*

Jennifer L. Braster, Esq.   jbraster@nvblawnv.com
Andrew J. Sharples, Esq.   asharples@nblawnv.com
Katherine A. Neben, Esq.   kneben@jonesday.com


**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
*Attorney for Transunion, LLC*

Jason G. Revzin, Esq.   jason.revzin@lewisbrisbois.com


　　　　　　　　　　　　　　　　 */s/ Amy Quach*
　　　　　　　　　　　　　　　　An employee of Cogburn Law Offices