COGBURN LAW OFFICES
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburnlaw.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
efox@cogburnlaw.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT W. GILMOUR II,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>TRANSUNION, LLC, a Foreign Limited-Liability Company, EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation, M&T BANK MORTGAGE, a Foreign Company,<br><br>　　　　　　Defendants. | Case Number<br>2:18-cv-01211-GMN-PAL |

**NOTICE OF SETTLEMENT BETWEEN PLAINITIFF ROBERT W. GILMOUR, II AND DEFENDANT TRANSUNION, LLC**

　　Notice is hereby given that Plaintiff, Robert W. Gilmour II and Defendant, TransUnion, LLC (the "Parties") have reached an agreement to settle the claims alleged in the Complaint as to TransUnion, LLC.

　　The Parties anticipate completing settlement documents and filing a Stipulation of

…

Dismissal with the Court within the next sixty (60) days.

Dated this 13th day of December, 2018.

Respectfully Submitted.

COGBURN LAW OFFICES

By: */s/ Erik W. Fox*
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Erik W. Fox, Esq.
Nevada Bar No. 8804
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
*Attorneys for Plaintiff*

**IT IS ORDERED** that the parties shall have until **February 15, 2019**, to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: December 17, 2018

Peggy A. Leen
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF SETTLEMENT BETWEEN PLAINITIFF ROBERT W. GILMOUR, II AND DEFENDANT TRANSUNION, LLC** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 13th day of December, 2018.

☒  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

**NAYLOR & BRASTER**
*Attorneys for Experian Information Solutions, Inc.*

Jennifer L. Braster, Esq.     jbraster@nvblawnv.com
Andrew J. Sharples, Esq.    asharples@nblawnv.com
Katherine A. Neben, Esq.    kneben@jonesday.com


**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
*Attorney for Transunion, LLC*

Jason G. Revzin, Esq.         jason.revzin@lewisbrisbois.com


　　　　　　　　　　　　　 /s/ Amy Quach
　　　　　　　　　　　　　An employee of Cogburn Law Offices