**COGBURN LAW OFFICES**
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburnlaw.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
efox@cogburnlaw.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT W. GILMOUR II,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>TRANSUNION, LLC, a Foreign Limited-Liability Company, EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation, M&T BANK MORTGAGE, a Foreign Company,<br><br>　　　　　　Defendants. | Case Number<br>2:18-cv-01211-GMN-PAL<br><br>**<u>STIPULATON AND ORDER OF DISMISSAL BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE</u>** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff, Robert W. Gilmour II ("Plaintiff"), and Defendant, Experian Information Solutions, Inc. ("Experian"), by and through their respective attorneys of record, hereby stipulate and agree that all Plaintiff's claims asserted against Experian in the above-captioned shall be and hereby are dismissed with prejudice,

…

…

…

…

with each party to bear his or its own costs and attorney fees.

Dated this 28th day of January, 2019.                    Dated this 28th day of January, 2019.

**COGBURN LAW OFFICES**                                  **NAYLOR & BRASTER**

By:   */s/ Erik W. Fox*                                  By:   */s/ Jennifer L. Braster*
Name: Jamie S. Cogburn, Esq.                             Name: Andrew J. Sharples, Esq.
      Nevada Bar No. 8409                                      Nevada Bar No. 12866
      Erik W. Fox, Esq.                                        Jennifer L. Braster, Esq.
      Nevada Bar No. 8804                                      Nevada Bar No. 9982
      2580 St. Rose Parkway, Suite 330                         1050 Indigo Dr., Suite 200
      Henderson, Nevada 89074                                  Las Vegas, NV 89145
      *Attorneys for Plaintiff*                                *Attorneys for Defendant,*
                                                               *Experian Information Services, Inc.*

**IT IS SO ORDERED:**

DATED this   1   day of February, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I hereby certify that on the 28th day of January, 2019, I filed and served the foregoing **STIPULATON AND ORDER OF DISMISSAL BETWEEN PLAINTIFF AND DEFENDANT, EXPERIAN INFORMATION SERVICES, INC. WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system, which will be sent to the following parties:

**NAYLOR& BRASTER**
*Attorneys for Experian Information Solutions, Inc.*

Jennifer L. Braster, Esq.
Andrew J. Sharples, Esq.
1050 Indigo Drive, Ste. 200
Las Vegas, NV 89145
Email: jbraster@nblawnv.com
Email: asharples@nblawnv.com

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
*Attorney for TransUnion LLC*

Jason G. Revzin, Esq.
6385 S. Rainbow Blvd., Ste. 600
Las Vegas, NV 89118
Email: jason.revzin@lewisbrisbois.com

                                    */s/ Amy Quach*
                                    An employee of Cogburn Law Offices

**COGBURN LAW OFFICES**
2580 St. Rose Parkway, Suite 330, Henderson, Nevada 89074
Telephone: (702) 748-7777 | Facsimile: (702) 966-3880