**JASON G. REVZIN**
Nevada Bar No. 008629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
jason.revzin@lewisbrisbois.com
***Counsel for Defendant Trans Union LLC***

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT W. GILMOUR, II,<br><br>    Plaintiff,<br><br>v.<br><br>TRANSUNION, LLC EXPERIAN INFORMATION SOLUTIONS, INC., and M&T BANK MORTGAGE,<br><br>    Defendants. | Case No. 2:18-cv-01211-GMN-PAL<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC** |

Plaintiff Robert Gilmour, and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the court as follows:

There are no longer any issues in this matter between Robert Gilmour and Trans Union LLC to be determined by this Court. Plaintiff and Trans Union LLC hereby stipulate that all claims and causes of action that were or could have been asserted against Trans Union LLC are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

///

///

///

///

///

3625021.1

| | |
|---|---|
| Dated this 11th day of March, 2019 | Dated this 11th day of March, 2019 |
| */s/ Jason G. Revzin* | */s/ Erik W. Fox* |
| Jason G. Revzin, Esq.<br>Nevada Bar No. 8629<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, NV 891118<br>Telephone: (702) 893-3383<br>Fax: (702) 893-3789<br>Email: jason.revzin@lewisbrisbois.com<br>**Counsel for Trans Union LLC** | James S. Cogburn<br>jsc@cogburnlaw.com<br>Erik W. Fox<br>efox@cogburnlaw.com<br>Cogburn Law Offices<br>2580 St Rose Parkway, Suite 330<br>Henderson, NV 89074<br>(702) 748-7777<br>(702) 966-3880 Fax<br>**Counsel for Plaintiff** |

**IT IS SO ORDERED.**

_____
**HONORABLE JUDGE GLORIA M. NAVARRO**
UNITED STATES DISTRICT JUDGE

DATED this  19  day of March, 2019.